People v Mercer (2015 NY Slip Op 02574)





People v Mercer


2015 NY Slip Op 02574


Decided on March 26, 2015


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on March 26, 2015

Mazzarelli, J.P., Friedman, Sweeny, Gische, Kapnick, JJ.


14596 3193/12

[*1] The People of the State of New York, Respondent, —
v
Andrea Mercer, Defendant-Appellant.


Seymour W. James, Jr., The Legal Aid Society, New York (Heidi Bota of counsel), for appellant.
Cyrus R. Vance, Jr., District Attorney, New York (Hope Korenstein of counsel), for respondent.



An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Jill Konviser, J.), rendered on or about June 25, 2013,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
The Decision and Order of this Court entered herein on March 24, 2015 is hereby recalled and vacated.
ENTERED: MARCH 26, 2015
CLERK
Counsel for appellant is referred to
§ 606.5, Rules of the Appellate
Division, First Department.